**HUNTON & WILLIAMS LLP**
M. BRETT BURNS (SBN 256965)
mbrettburns@hunton.com
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: 415.975.3725
Facsimile: 415.975.3701

Attorney for Defendants Peet's Operating Company, Inc. and 2600 Broadway Associates, LLC

ZACHARY M. BEST (SBN 166035)
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046

Attorneys for Plaintiff Francisca Moralez



GRANTED
Judge Yvonne Gonzalez Rogers
6/26/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FRANCISCA MORALEZ,<br><br>        Plaintiff,<br><br>v.<br><br>2600 BROADWAY ASSOCIATES, LLC; PEET'S OPERATING COMPANY, INC. dba PEET'S COFFEE & TEA;<br><br>        Defendants. | CASE NO.: 4:17-CV-03124<br><br>**STIPULATION TO EXTEND DATE FOR DEFENDANT 2600 BROADWAY ASSOCIATES, LLC TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: May 31, 2017 |
|---|---|

**STIPULATION TO EXTEND DATES TO ANSWER PLAINTIFF'S COMPLAINT**

Hunton & Williams LLP
50 California Street, Suite 1700
San Francisco, California 94111

Plaintiff Francisca Moralez ("Plaintiff") and Defendants Peet's Operating Company, Inc. and 2600 Broadway Associates, LLC ("Defendants," and together with Plaintiff, "the Parties") stipulate as follows:

1. On May 31, 2017, Plaintiff filed her Complaint in the above-styled case (the "Action"). Peet's Operating Company, Inc. executed a waiver of service and its answer date is August 7, 2017. Plaintiff served the Complaint on 2600 Broadway Associates, LLC on June 8, 2017 and its answer date is June 29, 2017.

2. The parties are currently in the process of settlement discussions, and would like to minimize fees and expenses in the Action while they focus efforts on advancing settlement discussions in the case. Plaintiff and Defendants conferred on or prior to the answer dates and agreed to file a stipulation to extend the answer date for 2600 Broadway Associates, LLC in order to make the answer dates for both Defendants consistent and to continue settlement discussions.

3. Plaintiff and Defendants stipulate that Defendants may have until and including August 7, 2017 to answer Plaintiff's Complaint.

4. This extension will not alter any date or event set by Court order, including the dates in the Scheduling Order issued pursuant to General Order 56.

| | |
|---|---|
| Dated: June 23, 2017 | Dated: June 23, 2017 |
| MISSION LAW FIRM, AP.C. | HUNTON & WILLIAMS LLP |
| By: */s/ Zachary M. Best*<br>    Zachary M. Best | By: */s/ M. Brett Burns*<br>    M. Brett Burns |
| Attorneys for Plaintiff Francisca Moralez | Attorney for Defendants Peet's Operating Company, Inc. and 2600 Broadway Associates |