**HUNTON & WILLIAMS LLP**
M. BRETT BURNS (SBN 256965)
mbrettburns@hunton.com
575 Market Street, Suite 3700
San Francisco, California 94105
Telephone: 415.975.3725
Facsimile: 415.975.3701

Attorney for Defendants Peet's Operating Company, Inc. and 2600 Broadway Associates, LLC

ZACHARY M. BEST (SBN 166035)
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046

Attorneys for Plaintiff Francisca Moralez



GRANTED

Judge Yvonne Gonzalez Rogers

8/14/2017

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>2600 BROADWAY ASSOCIATES, LLC;<br>PEET'S OPERATING COMPANY, INC. dba<br>PEET'S COFFEE & TEA;<br><br>　　　　Defendants. | CASE NO.: 4:17-CV-03124<br><br>**STIPULATION TO EXTEND DATE FOR DEFENDANT 2600 BROADWAY ASSOCIATES, LLC TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: May 31, 2017 |

---

**STIPULATION TO EXTEND DATES TO ANSWER PLAINTIFF'S COMPLAINT**

Hunton & Williams LLP
575 Market Street, Suite 3700
San Francisco, California 94105

Plaintiff Francisca Moralez ("Plaintiff") and Defendants Peet's Operating Company, Inc. and 2600 Broadway Associates, LLC ("Defendants," and together with Plaintiff, "the Parties") stipulate as follows:

1. On May 31, 2017, Plaintiff filed her Complaint in the above-styled case (the "Action"). Peet's Operating Company, Inc. executed a waiver of service and its answer date is August 7, 2017. Plaintiff served the Complaint on 2600 Broadway Associates, LLC on June 8, 2017 and following a previous stipulation to extend that deadline, its deadline to answer is likewise August 7, 2017.

2. Counsel for Defendants recently had a consultant inspect the store that is the subject of this lawsuit and is expecting to receive the consultant's report shortly. The parties are currently in the process of settlement discussions, and would like to minimize fees and expenses in the Action while they focus efforts on advancing settlement discussions in the case. Plaintiff and Defendants conferred and agreed to file a stipulation to extend the answer date to continue, and ideally finalize, their ongoing settlement discussions.

3. Plaintiff and Defendants stipulate that Defendants may have until and including August 31, 2017 to answer Plaintiff's Complaint.

4. This extension will not alter any date or event set by Court order, including the dates in the Scheduling Order issued pursuant to General Order 56.

| | |
|---|---|
| Dated: August 10, 2017 | Dated: August 10, 2017 |
| MISSION LAW FIRM, AP.C. | HUNTON & WILLIAMS LLP |
| By: */s/ Zachary M. Best*_____<br>    Zachary M. Best | By: */s/ M. Brett Burns*_____<br>    M. Brett Burns |
| Attorneys for Plaintiff Francisca Moralez | Attorney for Defendants Peet's Operating Company, Inc. and 2600 Broadway Associates |