1  Zachary M. Best, SBN 166035
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@mission.legal

5  Attorney for Plaintiff,
   Francisca Moralez

**GRANTED**
Judge Yvonne Gonzalez Rogers
10/12/2017

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | Case No. 4:17-cv-03124-YGR |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| 2600 BROADWAY ASSOCIATES, LLC; PEET'S OPERATING COMPANY, INC. dba PEET'S COFFEE & TEA; | |
| Defendants. | |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 9, 2017                MISSION LAW FIRM, A.P.C.

                                     */s/ Zachary M. Best*
                                     Zachary M. Best
                                     Attorney for Plaintiff,
                                     Francisca Moralez

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION

Page 1